## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UMIA INSURANCE, INC., | ) Cause No.: 1:20-cv-00177-SPW-TJC |
| | ) |
| Plaintiff, | ) **ORDER FOR DISMISSAL WITH** |
| v. | ) **PREJUDICE OF PLAINTIFF** |
| | ) **UMIA INSURANCE, INC.'S** |
| ENRICO F. ARGUELLES, | ) **CLAIMS AGAINST** |
| ARTHRITIS & OSTEOPOROSIS | ) **DEFENDANTS DONNA FRYER** |
| CENTER PC, DONNA FRYER, | ) **AND BARBARA DAVISON, AND** |
| BROOKLYN T. BLACK, | ) **FOR DISMISSAL WITHOUT** |
| BARBARA DAVISON, | ) **PREJUDICE OF DEFENDANT** |
| LORA SMITH, and STEVE LORTZ, | ) **DONNA FRYER'S** |
| | ) **COUNTERCLAIMS AGAINST** |
| Defendants. | ) **PLAINTIFF UMIA INSURANCE,** |
| | ) **INC.** |

Pursuant to the Stipulation (Doc. 25) between Plaintiff UMIA Insurance, Inc. ("UMIA"), Defendant Donna Fryer ("Fryer"), and Defendant Barbara Davison ("Davison"), and for good cause appearing,

IT IS HEREBY ORDERED that UMIA's claims against Fryer and Davison are **DISMISSED with prejudice**, and Fryer's counterclaims against UMIA are **DISMISSED without prejudice**. Plaintiff UMIA Insurance, Inc.'s claims against the remaining Defendants are reserved and remain open.

DATED this 22nd day of March, 2021.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge