IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UMIA INSURANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENRICO F. ARGUELLES, ARTHRITIS & OSTEOPOROSIS CENTER PC, and LORA SMITH, <br><br> Defendants. <br><br> LORA SMITH, <br><br> Counterclaimant <br><br> v. <br><br> UMIA INSURANCE, INC., <br><br> Counter Defendant. | CV-20-177-BLG-SPW-TJC <br><br> **ORDER OF DISMISSAL OF COUNTERCLAIM WITHOUT PREJUDICE** |

Pursuant to Stipulation (Doc. 36) between Plaintiff/Counter Defendant UMIA Insurance, Inc., and Defendant/Counterclaimant Lora Smith, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant/Counterclaimant Lora Smith's counterclaims (Doc. 15, pp. 13 – 25, ¶¶ 1 – 69 and Prayer for Relief) are **DISMISSED without prejudice.**

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 18th day of May, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge