IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UMIA INSURANCE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ENRICO F. ARGUELLES, ARTHRITIS & OSTEOPOROSIS CENTER PC, DONNA FRYER, BROOKLYN T. BLACK, BARBARA DAVISON, LORA SMITH, JULIE LORTZ and STEVE LORTZ,<br><br>Defendants. | CV 20-177-BLG-SPW-TJC<br><br>**ORDER** |

On March 8, 2021, Plaintiff filed a Motion to Dismiss Counterclaims of Defendants Donna Fryer and Lora Smith pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  (Doc. 21.)  On March 22, 2021, Plaintiff filed a Stipulation to Dismiss Defendant Fryer.  (Doc. 25.)  Plaintiff's claims against Fryer were dismissed with prejudice and Fryer's counterclaims were dismissed without prejudice.  (Doc. 26.)  On December 6, 2021, Plaintiff's filed a Stipulation to Dismiss Defendant Smith.  (Doc. 60.)  Plaintiff's claims against Smith and Smith's counterclaims were dismissed with prejudice.  (Doc. 61.)

/ / /

/ / /

Accordingly, Defendant's Motion to Dismiss (Doc. 21) is **DENIED as moot**.

DATED this 15th day of December, 2021.

                                                                            _____
                                                                            TIMOTHY J. CAVAN
                                                                            United States Magistrate Judge